IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>                    Plaintiff,           )<br>                                                          )<br>vs.                                                    ) CRIMINAL NO. <u>10-30027-WDS</u><br>                                                          )<br>KEVIN T. DUNIGAN,                       )<br>                                                          )<br>                    Defendant.        ) | |

## **STIPULATION OF FACTS**

The United States of America represented by A. Courtney Cox, United States Attorney for the Southern District of Illinois, and Nicole E. Gorovsky, Assistant United States Attorney, and Defendant Kevin T. Dunigan, represented by Todd Schultz, hereby stipulate to the following:

1. On January 21, 2010, federal and local law enforcement agents executed a federal search warrant at the Defendant's home, 1122 St. Michaels Drive in Cahokia, Illinois, which is within the Southern District of Illinois. As a result, law enforcement seized the Defendant's computer and his digital camera containing a 1 GB Lexar SD card.

2. An analysis of the Defendant's computer located images of child pornography on his hard drive. Among these were a series of pornographic images of a minor female entitled "liver and onions" with creation dates of June 2, 2009, June 4, 2009, September 14, 2009, October 1, 2009, and December 20, 2009.

3. Also found on the Defendant's computer were e-mails that B.W., a minor female, sent to the Defendant containing pornographic images of herself. Forensic investigation determined that on or between June 2, 2009 and June 4, 2009, the Defendant received visual depictions from B.W. in an e-mail entitled "liver and onions." These images were later moved

and saved as "liver and onions" in a folder on the Defendant's hard drive.

4. The "liver and onions" images, along with all other pornographic images of B.W., were produced using materials that have been mailed, shipped, or transported in interstate commerce in that the camera used and the Defendant's computer were manufactured outside the State of Illinois. Furthermore, the production of these images involved the use of a minor, B.W., engaging in sexually explicit conduct, in that they depict the lascivious display of the genitals.

5. The Defendant received the "liver and onions" images knowing that such visual depictions were of sexually explicit conduct; and that B.W. was a minor.

**SO STIPULATED:**

A. COURTNEY COX
United States Attorney

_____
KEVIN T. DUNIGAN
Defendant

_____
NICOLE GOROVSKY
Assistant United States Attorney

_____
TODD SCHULTZ
Attorney for Defendant

Date: 04-12-10

Date: 4/12/10